**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  10-cv-01663-REB-KMT

AMMAR RAJAB,

    Plaintiff,

v.

DALE SPRADLEY MOTORS, INC., a Colorado corporation d/b/a Spradley Imports, Inc., and LARRY SPRADLEY, individually,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss, Fed.R.Civ.P. 41(a)** [#33] filed January 6, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss, Fed.R.Civ.P. 41(a)** [#33] filed January 6, 2011, is **GRANTED**;

2. That the Trial Preparation Conference set for October 7, 2011, is **VACATED**;

3. That the jury trial set to commence October 31, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 7, 2011, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge